**Motion GRANTED and Order filed June 27, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00523-CV
_____

## IN RE ATLANTIC SOUNDING CO INC., AND WEEKS MARINE, INC., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-38112**

---

## ORDER

On June 26, 2018, relators Atlantic Sounding Co Inc., and Weeks Marine, Inc., filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Michael Landrum, Judge of the 113th District Court, in Harris County, Texas, to set aside his order dated June 7, 2018, entered in trial court number

2017-38112, styled *Reco Graham v. Atlantic Sounding Co, Inc., and Weeks Marine, Inc.*. Relators claim respondent abused his discretion by ordering them to produce documents and materials protected by the attorney client and work product privileges.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the June 7, 2018 order entered in trial court cause number 2017-38112, *Reco Graham v. Atlantic Sounding Co, Inc., and Weeks Marine, Inc.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Reco Graham, the real party-in-interest, to file a response to the petition for writ of mandamus on or before July 11, 2018**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.